UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: **Gregory Alverest**     :     Chapter 13
:
:
Debtor     :     Bankruptcy No. **15-17206\amc**

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Michael D. Sayles, Esquire, counsel for Debtors (the "Application"), and upon Counsel for Debtor request to retain jurisdiction at the Motion to Dismiss hearing **on July 12, 2016,** IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation Chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtor or any other entity pending further order of this court.

3. A hearing shall be held on August 9, 2016 at 11:00 A.M in Bankruptcy Courtroom No. 5, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

7/18/2016

_____
United States Bankruptcy Judge

cc: Michael D. Sayles, Esquire
427 West Cheltenham Avenue
Elkins Park, PA 19027

Gregory Alverest
225 West Nedro Avenue
Philadelphia, PA 19120

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119

**All Creditors listed on the attached mailing matrix**

Case 15-17206-amc    Doc 34    Filed 07/18/16    Entered 07/18/16 15:13:36    Desc Main
Document      Page 2 of 5

**All Creditors listed on the attached mailing matrix**

American InfoSource
PO Box 268941
Oklahoma City, OK 73126-8941


Americredit
PO Box 183593
Arlington, TX 76096-3593


Capital One
PO Box 85015
Richmond, VA 23285-5018


Credit Coll
PO box 60607
Oklahoma City, OK 73146


DIRECTV
PO Box 11732
Newark, NJ 07101-4732


GE Capital Retail Bank
PO Box 965002
Orlando, FL 32896


GM Financial
801 Cherry Street
Fort Worth, TX 76102


Jefferson Capital Systems, LLC
P.O. Box 7999
Saint Cloud, MN 56302-9617


Midland Funding
227 West Trade Street
Charlotte, NC 28202

Midland Funding LLC
1315 Aero Drive
San Diego, CA 92123


Midland Funding LLC
8875 Aero Drive
Ste 200
San Diego, CA 92123


NCO FIN/99
PO BOX 15636
Wilmington, DE 19850


PECO-Payment Processing
PO Box 37629
Philadelphia, PA 19101-0629


PHFA
PO Box 8029
Harrisburg, PA 17105


Philadelphia Gas Works
PO Box 11700
Newark, NJ 07101-4700


Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541-0914


PYOD, LLC
PO Box 19008
Greenville, SC 29602


Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

Utah Loan Service
PO Box 445
Kaysville, UT 84037


Water Revenue Bureau
Philadelphia Department of Revenue
1401 JFK Boulevard
Philadelphia, PA 19102-1663