United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 15-17206-amc
Gregory Alverest                                                                Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett         Page 1 of 2         Date Rcvd: Jul 18, 2016
                    Form ID: pdf900       Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2016.
```
db          +Gregory Alverest,    225 West Nedro Avenue,    Philadelphia, PA 19120-1838
13609906    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
              (address filed with court: Americredit,    PO Box 183593,    Arlington, TX 76096-3593)
13609907    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    PO Box 85015,    Richmond, VA 23285-5018)
13609908    +Credit Coll,    PO box 60607,    Oklahoma City, OK 73146-0607
13609909    ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
              (address filed with court: DIRECTV,    PO Box 11732,    Newark, NJ 07101-4732)
13609911    +GM Financial,    801 Cherry Street,    Fort Worth, TX 76102-6803
13609913    +Midland Funding,    227 West Trade Street,    Charlotte, NC 28202-1675
13609914     Midland Funding LLC,    1315 Aero Drive,    San Diego, CA 92123
13609917     PECO-Payment Processing,    PO Box 37629,    Philadelphia, PA 19101-0629
13609919     Philadelphia Gas Works,    PO Box 11700,    Newark, NJ 07101-4700
13609923    +Utah Loan Service,    PO Box 445,    Kaysville, UT 84037-0445
13686232    +Utah Loan Servicing,    P.O. Box 445,    Kaysville, Utah 84037-0445
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Jul 19 2016 01:56:10     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2016 01:55:19
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 19 2016 01:56:01     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13609905     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 19 2016 02:03:06     American InfoSource,
             PO Box 268941,    Oklahoma City, OK 73126-8941
13709933    +E-mail/Text: bankruptcy@phila.gov Jul 19 2016 01:56:10
             CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    BANKRUPTCY GROUP, MSB,
             1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13609910    +E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2016 02:02:43     GE Capital Retail Bank,
             PO Box 965002,    Orlando, FL 32896-5002
13609912     E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 19 2016 01:55:52     Jefferson Capital Systems, LLC,
             P.O. Box 7999,    Saint Cloud, MN 56302-9617
13609915    +E-mail/Text: bankruptcydpt@mcmcg.com Jul 19 2016 01:55:39     Midland Funding LLC,
             8875 Aero Drive, Ste 200,    San Diego, CA 92123-2255
13609916    +E-mail/Text: bankruptcydepartment@tsico.com Jul 19 2016 01:56:36     NCO FIN/99,    PO BOX 15636,
             Wilmington, DE 19850-5636
13609918     E-mail/Text: blegal@phfa.org Jul 19 2016 01:55:42     PHFA,    PO Box 8029,
             Harrisburg, PA 17105
13609920     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 19 2016 02:02:51
             Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541-0914
13609921    +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 19 2016 02:03:01     PYOD, LLC,
             PO Box 19008,    Greenville, SC 29602-9008
13609922    +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 19 2016 02:03:56
             Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
13715553    +E-mail/Text: blegal@phfa.org Jul 19 2016 01:55:42
             US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR PENNSY,    PHFA Loan Servicing Division,
             211 North Front Street,    Harrisburg, PA 17101-1466
13609924     E-mail/Text: james.feighan@phila.gov Jul 19 2016 01:56:45     Water Revenue Bureau,
             Philadelphia Department of Revenue,    1401 JFK Boulevard,    Philadelphia, PA 19102-1663
                                                                                                TOTAL: 15
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: Antoinett            Page 2 of 2                Date Rcvd: Jul 18, 2016
                              Form ID: pdf900            Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2016                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    US BANK NATIONAL ASSOCIATION, Et Al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              MICHAEL D. SAYLES    on behalf of Debtor Gregory  Alverest midusa1@comcast.net,
               MichaelDSaylesEsq@comcast.net
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                      TOTAL: 4
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: **Gregory Alverest** : Chapter 13
:
:
Debtor : Bankruptcy No. **15-17206\amc**

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Michael D. Sayles, Esquire, counsel for Debtors (the "Application"), and upon Counsel for Debtor request to retain jurisdiction at the Motion to Dismiss hearing **on July 12, 2016,** IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation Chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtor or any other entity pending further order of this court.

3. A hearing shall be held on August 9, 2016 at 11:00 A.M in Bankruptcy Courtroom No. 5, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

7/18/2016

_____
United States Bankruptcy Judge

cc: Michael D. Sayles, Esquire
427 West Cheltenham Avenue
Elkins Park, PA 19027

Gregory Alverest
225 West Nedro Avenue
Philadelphia, PA 19120

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119

**All Creditors listed on the attached mailing matrix**

Case 15-17206-amc    Doc 35    Filed 07/20/16    Entered 07/21/16 01:19:06    Desc Imaged
Certificate of Notice    Page 4 of 7

**All Creditors listed on the attached mailing matrix**

American InfoSource
PO Box 268941
Oklahoma City, OK 73126-8941


Americredit
PO Box 183593
Arlington, TX 76096-3593


Capital One
PO Box 85015
Richmond, VA 23285-5018


Credit Coll
PO box 60607
Oklahoma City, OK 73146


DIRECTV
PO Box 11732
Newark, NJ 07101-4732


GE Capital Retail Bank
PO Box 965002
Orlando, FL 32896


GM Financial
801 Cherry Street
Fort Worth, TX 76102


Jefferson Capital Systems, LLC
P.O. Box 7999
Saint Cloud, MN 56302-9617


Midland Funding
227 West Trade Street
Charlotte, NC 28202

Midland Funding LLC
1315 Aero Drive
San Diego, CA 92123

Midland Funding LLC
8875 Aero Drive
Ste 200
San Diego, CA 92123

NCO FIN/99
PO BOX 15636
Wilmington, DE 19850

PECO-Payment Processing
PO Box 37629
Philadelphia, PA 19101-0629

PHFA
PO Box 8029
Harrisburg, PA 17105

Philadelphia Gas Works
PO Box 11700
Newark, NJ 07101-4700

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541-0914

PYOD, LLC
PO Box 19008
Greenville, SC 29602

Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

Utah Loan Service
PO Box 445
Kaysville, UT 84037


Water Revenue Bureau
Philadelphia Department of Revenue
1401 JFK Boulevard
Philadelphia, PA 19102-1663