IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Gregory Alverest** | : | CHAPTER 13 |
| | : | |
| | : | |
| DEBTOR | : | Bankruptcy No: **15-17206** |

## CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, hereby certify that there has been no response filed by any party listed on the Certificate of Service to Counsel's Application for Compensation.

Date:  August 9, 2016                                  Respectfully Submitted,

**\s\ Michael D. Sayles**
Michael D. Sayles
Attorney for Debtor
427 W. Cheltenham Avenue, Suite #2
Elkins Park, PA  19027
215-635-2270 (phone)
215-424-1263 (fax)